IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELSEVIER, INC., et al., | : |
| Plaintiffs, | : |
| v. | : 3:10-CV-02513 |
| | : (JUDGE MARIANI) |
| COMPREHENSIVE MICROFILM & SCANNING SERVICES, INC., et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 28TH DAY OF OCTOBER, 2013,** in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Compel Anthony DeStephen's presence at trial (Doc. 147) is **DENIED**.

2. Defendants' alternative oral request for a third deposition of Anthony DeStephens is **DENIED**.

3. The two deposition transcripts of Anthony DeStephens that have been taken to date may be **ADMITTED** at trial in accordance with Federal Rule of Civil Procedure 32(a)(4)(C).

4. To the extent that there remain any unresolved objections to any portion of the DeStephen deposition transcripts, it is further **ORDERED** that the parties bring such objections to the attention of the Court before using the transcripts at trial.

_(signature)_

Robert D. Mariani
United States District Judge