## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELSEVIER, INC., et al.,                                :
                                                       :
              Plaintiffs,                              :
       v.                                              :    3:10-CV-02513
                                                       :    (JUDGE MARIANI)
COMPREHENSIVE MICROFILM &                              :
SCANNING SERVICES, INC., et al.,                       :
                                                       :
              Defendants.                              :

## ORDER

**AND NOW, THIS 12TH DAY OF DECEMBER, 2014**, upon consideration of

Plaintiffs' Renewed 50(b) Motion for Judgment as a Matter of Law (Doc. 197), **IT IS**

**HEREBY ORDERED THAT** such Motion is **DENIED** and that the Judgment entered on

December 13, 2013 shall stand unaltered.

 

Robert D. Mariani
United States District Judge